IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG - 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

P & V ENTERPRISES, FRIENDLY VALLEY
EQUESTRIAN CONDO VIEW HOMES, INC., and
SCC ACQUISITIONS, INC.,

    Plaintiffs,

v.

UNITED STATES ARMY CORPS OF ENGINEERS
and LIEUTENANT GENERAL CARL A. STROCK,
COMMANDER AND CHIEF OF ENGINEERS,

    Defendants.

CASE NUMBER   1:05CV01579

JUDGE: Reggie B. Walton

DECK TYPE: General Civil

DATE STAMP: 08/05/2005

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned counsel of record for plaintiff P&V Enterprises, certify that to the best of my knowledge and belief that there are no parent companies, subsidiaries or affiliates of P&V Enterprises that have outstanding securities in the hands of the public.

This representation is made solely in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

By: _____
John A. Hodges (Bar No. 085506)
Eric Andreas (Bar No. 462777)
WILEY REIN & FIELDLING LLP
1776 K Street NW
Washington, DC 20006
TEL: 202.719.7000
FAX: 202.719.7049

Dated: August 6, 2005

WRFMAIN 12360589.1