IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL CARL A. STROCK, COMMANDER AND CHIEF OF ENGINEERS,<br><br>Defendants. | Civil Action No. 1:05CV01579 |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned counsel of record for plaintiffs P&V Enterprises, Friendly Valley Equestrian Condo View Homes, Inc., and SCC Acquisitions, Inc. certify that to the best of my knowledge and belief that there are no parent companies, subsidiaries or affiliates of P&V Enterprises, Equestrian Condo View Homes, Inc., or SCC Acquisitions, Inc. that have outstanding securities in the hands of the public.

This representation is made solely in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

By: _____
John A. Hodges (Bar No. 085506)
Eric Andreas (Bar No. 462777)
WILEY REIN & FIELDLING LLP
1776 K Street NW
Washington, DC 20006
TEL: 202.719.7000
FAX: 202.719.7049

Dated: August 16, 2005