IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, INC.,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and LT. GENERAL CARL S. STROCK, COMMANDER AND CHIEF OF ENGINEERS,<br><br>　　　Defendants. | Case No.: 05-01579 (RBW) |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel on behalf of the defendants, the United States Army Corps of Engineers and Lt. General Carl S. Strock, Commander and Chief of Engineers.

　　　　　　　　　　　　　　　　　　　　KELLY A. JOHNSON
　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Environment and Natural
　　　　　　　　　　　　　　　　　　　　　Resources Division

　　　　　　　　　　　　　　　　　　　/s/ Eileen T. McDonough
　　　　　　　　　　　　　　　　　　　EILEEN T. MCDONOUGH
　　　　　　　　　　　　　　　　　　　Environmental Defense Section
　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　P.O. Box 23986
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20026-3986
　　　　　　　　　　　　　　　　　　　(202) 514-3126
　　　　　　　　　　　　　　　　　　　eileen.mcdonough@usdoj.gov

September 21, 2005