IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS and LT. GENERAL CARL S. STROCK, COMMANDER AND CHIEF OF ENGINEERS, <br><br> Defendants. | Case No.: 05-01579 (RBW) |

**DEFENDANTS' MOTION ON CONSENT
FOR AN EXTENSION OF TIME**

Defendants' response to the complaint filed in this matter is now due on October 5, 2005. Due to obligations in other litigation matters, counsel was unable to timely complete the response. Accordingly, counsel requests that the time for response be extended until October 14, 2005. Plaintiffs' counsel has agreed to this request.

Respectfully submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural
 Resources Division

/s/ Eileen T. McDonough
EILEEN T. MCDONOUGH
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-3126