IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, INC., <br><br>　　Plaintiffs, <br><br>　v. <br><br>UNITED STATES ARMY CORPS OF ENGINEERS and LT. GENERAL CARL S. STROCK, COMMANDER AND CHIEF OF ENGINEERS, <br><br>　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No.: 05-01579 (RBW) |

**DEFENDANTS' SECOND MOTION ON CONSENT
FOR AN EXTENSION OF TIME**

Defendants' response to the complaint filed in this matter is now due on October 14, 2005. The Court previously extended the deadline from October 5 to October 14, 2005. Due to complications in inter-agency coordination, counsel was unable to timely complete the response. Accordingly, counsel requests that the time for response be extended until October 21, 2005.

Plaintiffs' counsel has agreed to this request.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　KELLY A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　Environment and Natural
　　　　　　　　　　　　　　　　　　　　　 Resources Division

　　　　　　　　　　　　　　　　　　　　　/s/ Eileen T. McDonough
　　　　　　　　　　　　　　　　　　　　　EILEEN T. MCDONOUGH
　　　　　　　　　　　　　　　　　　　　　Environmental Defense Section
　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　P.O. Box 23986
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20026-3986
　　　　　　　　　　　　　　　　　　　　　(202) 514-3126