IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 05-01579 (RBW) |
| UNITED STATES ARMY CORPS OF ENGINEERS and LT. GENERAL CARL S. STROCK, COMMANDER AND CHIEF OF ENGINEERS, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of Defendants' motion on consent for an extension of time, it is

hereby ordered that the motion is granted.  Defendants shall respond to the complaint no later

than October 21, 2005.

Executed this _____ day of October, 2005.

_____
United States District Judge