IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS and LT. GENERAL CARL S. STROCK, COMMANDER AND CHIEF OF ENGINEERS, <br><br> Defendants. | Case No.: 05-01579 (RBW) |

**MOTION TO DISMISS**

Plaintiffs (jointly referred to as "P & V") allege that a regulation promulgated by defendants (jointly referred to as "the Corps") is "facially invalid because [it] exceeds the Corps' statutory authority as limited by the Commerce Clause of the Constitution." Complaint at 1 (August 5, 2005) ("Compl."); *see also id*. ¶¶ 42-43. The regulation at issue addresses the Corp's jurisdiction under section 404 of the Clean Water Act ("CWA"), 33 U.S.C. § 1344, over certain intrastate waters that "could affect interstate or foreign commerce." 33 C.F.R. § 328.3(a)(3). The regulation was promulgated nineteen years ago. 51 Fed. Reg. 41,206, 41,250 (Nov. 13, 1986).

Pursuant to Fed. R. Civ. P. 12(b)(1) and for the reasons set forth in the accompanying memorandum of law, the Corps moves to dismiss the complaint for lack of subject-matter jurisdiction. P & V has failed to cite a waiver of sovereign immunity. Moreover, even if P & V had identified a waiver, a facial challenge to a regulation must be asserted within six years of

promulgation under the general statute of limitations established by Congress in 28 U.S.C. § 2401(a). Because the statutory limitations period is an element of any waiver of sovereign immunity, the federal courts are without jurisdiction over an untimely claim. The Corps' motion should be granted and P & V's complaint dismissed.

        Respectfully submitted,

        KELLY A. JOHNSON
        Acting Assistant Attorney General
        Environment and Natural
         Resources Division

        /s/ Eileen T. McDonough
        EILEEN T. MCDONOUGH
        Environmental Defense Section
        U.S. Department of Justice
        P.O. Box 23986
        Washington, D.C. 20026-3986
        (202) 514-3126
        eileen.mcdonough@usdoj.gov

NICHOLAS J. LANDAU
U.S. Army Corps of Engineers
Office of General Counsel

TIFFANY A. TROXEL
U.S. Army Corps of Engineers
Los Angeles District
Office of District Counsel

October 18, 2005