IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 05-01579 (RBW) |
| UNITED STATES ARMY CORPS OF ENGINEERS and LT. GENERAL CARL S. STROCK, COMMANDER AND CHIEF OF ENGINEERS, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of defendants' motion pursuant to Fed. R. Civ. P. 12(b)(1) to dismiss for lack of subject-matter jurisdiction and the memoranda of law in support and in opposition thereto, it is hereby ordered that the motion is granted. The complaint is dismissed because the claim is barred by sovereign immunity.

Executed this _____ day of _____, 200__.

_____
HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE