IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS and LT. GENERAL CARL S. STROCK, COMMANDER AND CHIEF OF ENGINEERS, <br><br> Defendants. | Case No.: 05-01579 (RBW) |

**DEFENDANTS' MOTION ON CONSENT
FOR AN EXTENSION OF TIME**

Defendants' reply in support of their motion to dismiss the complaint filed in this matter is now due on November 7, 2005.  Counsel is not able to meet this date because of obligations in other matters and the need for inter-agency coordination.  Accordingly, counsel requests that the time for response be extended until November 15, 2005.

Plaintiffs' counsel has agreed to this request.

                                              Respectfully submitted,

                                              KELLY A. JOHNSON
                                              Acting Assistant Attorney General
                                              Environment and Natural
                                                Resources Division

                                              /s/ Eileen T. McDonough
                                              EILEEN T. MCDONOUGH
                                              Environmental Defense Section
                                              U.S. Department of Justice
                                              P.O. Box 23986
                                              Washington, D.C. 20026-3986
November 7, 2005                            (202) 514-3126