IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS and LT. GENERAL CARL S. STROCK, COMMANDER AND CHIEF OF ENGINEERS, <br><br> Defendants. | Case No.: 05-01579 (RBW) |

**DEFENDANTS' SECOND MOTION ON CONSENT
FOR AN EXTENSION OF TIME**

Defendants' reply in support of their motion to dismiss the complaint filed in this matter is now due on November 15, 2005, pursuant to an extension granted by the Court. Counsel for defendants is not able to meet this date because of the need to complete inter-agency coordination. Accordingly, counsel requests that the time for response be extended until November 17, 2005. Plaintiffs' counsel has agreed to this request.

Respectfully submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural
 Resources Division
/s/ Eileen T. McDonough
EILEEN T. MCDONOUGH
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-3126

November 15, 2005