IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and LT. GENERAL CARL S. STROCK, COMMANDER AND CHIEF OF ENGINEERS, )<br><br>Defendants. ) | Case No.: 05-01579 (RBW) |

**ORDER**

Upon consideration of Defendants' second motion on consent for an extension of time, it is hereby ordered that the motion is granted. Defendants shall file their reply in support of their motion to dismiss the complaint no later than November 17, 2005.

Executed this ____ day of November, 2005.

_____
United States District Judge