IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES ARMY CORPS OF ENGINEERS and LT. GENERAL CARL S. STROCK, COMMANDER AND CHIEF OF ENGINEERS, <br><br>Defendants. | Case No.: 05-01579 (RBW) |

**DEFENDANTS' THIRD MOTION
FOR AN EXTENSION OF TIME (OPPOSED)**

Defendants' reply in support of their motion to dismiss the complaint filed in this matter is now due on November 17, 2005, pursuant to two previous extensions granted by the Court with plaintiff's consent. Counsel for defendants request a further extension until Wednesday, November 23, 2005. In the course of what was anticipated to be the last round of internal governmental review, it was determined that additional governmental review was required. The extra time is necessary to complete this process. There is nothing in the record that indicates plaintiffs will be prejudiced by an extension of four business days.

Plaintiffs' counsel has stated that his client opposes this request.

Respectfully submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural
 Resources Division

|  |  |
|---|---|
| | /s/ Eileen T. McDonough |
| | EILEEN T. MCDONOUGH |
| | Environmental Defense Section |
| | U.S. Department of Justice |
| | P.O. Box 23986 |
| | Washington, D.C. 20026-3986 |
| November 17, 2005 | (202) 514-3126 |