IN UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

P & V ENTERPRISES, FRIENDLY
VALLEY EQUESTRIAN CONDO VIEW
HOMES, INC. and SCC ACQUISITIONS,
INC.,

        Plaintiffs,

  v.

UNITED STATES ARMY CORPS OF
ENGINEERS and LIEUTENANT
GENERAL CARL A. STROCK,
COMMANDER AND CHIEF OF
ENGINEERS,

        Defendants.

Case No. 1:05CV01579 (RBW)

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' THIRD MOTION FOR EXTENSION OF TIME

Plaintiffs oppose Defendants' third request for an extension of time to file their reply to in support of their motion to dismiss.

Defendants ask for a third extension to file a reply on November 23 that was originally due on November 7. Under Local Rule 7(d) Defendants originally had <u>5 days</u> to file their reply. The extension they now request would provide them with <u>23 days</u> to do so. Allowing Defendants to parlay 5 days into 23 would prejudice Plaintiffs. It would provide Defendants more than four times the amount of time provided for under Rule 7(d) for preparing and filing a reply. This would give Defendants an unfair advantage and would fly in the face of this Court's General Order and Guidelines for Civil Cases (General Order).

Paragraph 5 of the General Order states that motions for extension of time are "**strongly discouraged**" (emphasis in original). And it requires that such a motion be filed "**at least four**

**(4) business days prior to the deadline the motion is seeking to extend**" (emphasis in original).  Defendants obviously have not complied with this requirement, but instead have filed their third request for an extension on the date their reply is due.

Plaintiffs consented to Defendants' first two requests for extension for their reply.  But enough is enough.

For the foregoing reasons, Defendants' Third Motion for Extension of Time should be denied.   A proposed order is enclosed herewith.

Respectfully submitted,

 /s/ *John A. Hodges*
John A. Hodges (Bar No. 085506)
Eric Andreas (Bar No. 462777)
WILEY REIN & FIELDING LLP
1776 K Street, N.W.
Washington, D.C.  20006
Telephone:  202-719-7000
Facsimile:  202-719-7049


ATTORNEYS FOR PLAINTIFFS
P & V ENTERPRISES, FRIENDLY
VALLEY EQUESTRIAN CONDO VIEW
HOMES, INC. and SCC ACQUISITIONS, INC.

November 17, 2005

IN UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC. and SCC ACQUISITIONS, INC.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL CARL A. STROCK, COMMANDER AND CHIEF OF ENGINEERS,<br><br>　　　　Defendants. | Case No. 1:05CV01579 (RBW) |

## **ORDER**

Upon consideration of Defendants' Third Motion for Extension of Time and Plaintiffs' opposition to that motion, it is hereby ordered that Defendants' motion is denied, and that any reply by Defendants will not be accepted by this Court.

Executed this _____ day of November, 2005.

_____
United States District Judge