IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS and LT. GENERAL CARL S. STROCK, COMMANDER AND CHIEF OF ENGINEERS, <br><br> Defendants. | Case No.: 05-01579 (RBW) |

## DEFENDANTS' MOTION
## FOR AN EXTENSION OF TIME

Defendants' opposition to plaintiffs' motion to strike alleged mischaracterizations in defendants' reply brief in support of motion to dismiss is due on December 19, 2005. Defendants respectfully request an extension of time until December 23, 2005, to complete the necessary intergovernmental review. Defendant would not oppose any extension requested by P & V with respect to the filing of its reply brief.

P&V consents to the request only if the Court also orders that no further extensions will be granted to defendants.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural
 Resources Division

|  |  |
|---|---|
|  | /s/ Eileen T. McDonough |
|  | EILEEN T. MCDONOUGH |
|  | Environmental Defense Section |
|  | U.S. Department of Justice |
|  | P.O. Box 23986 |
|  | Washington, D.C. 20026-3986 |
| December 19, 2005 | (202) 514-3126 |