IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS and LT. GENERAL CARL S. STROCK, COMMANDER AND CHIEF OF ENGINEERS, <br><br> Defendants. | Case No.: 05-01579 (RBW) |

**ORDER**

Upon consideration of Defendants' motion for an extension of time, it is hereby ordered that the motion is granted. Defendants shall file their opposition to plaintiffs' motion to strike no later than December 23, 2005.

Executed this _____ day of December, 2005.

_____
United States District Judge