IN UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC. and SCC ACQUISITIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL CARL A. STROCK, COMMANDER AND CHIEF OF ENGINEERS, <br><br> Defendants. | Case No. 1:05CV01579 (RBW) |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO STRIKE

Due to the extension of time granted to Defendants to file their opposition, Plaintiffs' reply brief in support of their Motion to Strike is due on January 3, 2006. Because of scheduling problems resulting from that extension, Plaintiffs respectfully request a three-day extension of time until Friday, January 6, 2006 to file their reply.

Defendants indicated in their December 19, 2005 Motion for Extension of Time that they do not oppose any request by Plaintiffs' for an extension of time to file a reply. This is also the first time that Plaintiffs have requested an extension of time in this litigation.

Respectfully submitted,

/s/ *John A. Hodges*
John A. Hodges (Bar No. 085506)
Eric Andreas (Bar No. 462777)
WILEY REIN & FIELDING LLP
1776 K Street, N.W.

Washington, D.C. 20006
Telephone: 202-719-7000
Facsimile: 202-719-7049

ATTORNEYS FOR PLAINTIFFS
P & V ENTERPRISES, FRIENDLY
VALLEY EQUESTRIAN CONDO VIEW
HOMES, INC. and SCC ACQUISITIONS, INC.

December 30, 2005

IN UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC. and SCC ACQUISITIONS, INC.,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL CARL A. STROCK, COMMANDER AND CHIEF OF ENGINEERS,<br><br>      Defendants. | Case No. 1:05CV01579 (RBW) |

## **ORDER**

Upon consideration of Plaintiffs' Motion for Extension of Time to File Reply in Support of Motion to Strike, it is hereby ordered that Plaintiffs' motion is granted. Plaintiffs shall file their reply in support of their motion to strike no later than January 6, 2006.

Executed this _____ day of _____, 200__.

_____
United States District Judge