UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN )
CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, )

    Plaintiffs,

    v.

UNITED STATES ARMY CORPS OF ENGINEERS and
LIEUTENANT GENERAL CARL A. STROCK, COMMANDER
AND CHIEF OF ENGINEERS,

    Defendants.

Civil No.: 05-01579 (RBW)

## MOTION TO INTERVENE AS DEFENDANTS BY
## NATIONAL WILDLIFE FEDERATION AND SIERRA CLUB

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, the National Wildlife Federation and Sierra Club (collectively, "Movants") move to intervene as party defendants in this action. In support of this motion, Movants file the following documents:

1. Proposed Answer of Movants.

2. Memorandum of Law in Support of Motion to Intervene by National Wildlife Federation and Sierra Club.

3. Plaintiffs' Complaint.

4. Declaration of Robin Mann.

5. Declaration of Julie Sibbing.

6. Declaration of Carol Wiley.

7. Declaration of Thomas Egan.

8. Declaration of Estelle Delgado.

1

9.  *Pro Hac Vice* Motion of James G. Murphy.

10. Notice of Appearance of James G. Murphy.

11. Notice of Appearance of John Kostyack.

DATED: May 31, 2006.

                              Respectfully submitted,

                              John Kostyack
                              D.C. Bar No.: 415484
                              National Wildlife Federation
                              1400 16th Street, N.W.
                              Suite 501
                              Washington, D.C. 20036
                              (202) 797-6879
                              (202) 797-6626 (fax)

                              James G. Murphy  by JK
                              Vermont Bar No.: 000628938
                              National Wildlife Federation
                              58 State Street
                              Montpelier, VT 05602
                              (802) 229-0650
                              (802) 229-4532 (Fax)

                              Attorneys for National Wildlife Federation,
                              and Sierra Club

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Intervene by National Wildlife Federation and Sierra Club was mailed, postage pre-paid, to the following on the 31st day of May, 2006:

John Andrews Hodges
Eric S. Andreas
WILEY, REIN & FIELDING, LLP
1776 K Street, NW
Washington, DC 20006-2304

Attorneys for Plaintiffs


Kelly A. Johnson
Acting Assistant Attorney General,
Environment and Natural Resources Division
Eileen T. McDonough
U.S. DEPARTMENT OF JUSTICE
ENVIRONMENTAL DEFENSE SECTION
P.O. Box 23986
L'Enfant Plaza Station
Washington, D.C. 20026

Attorneys for Defendants


_____
John Kostyack