UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL CARL A. STROCK, COMMANDER AND CHIEF OF ENGINEERS,<br><br>Defendants. | Civil No.:<br>05-01579 (RBW) |

**DECLARATION OF CAROL WILEY**

1.  I am Carol Wiley, a resident of Victorville, San Bernardino County, California. I am a member of the Mojave Group of the San Gorgonio Chapter of the Sierra Club and National Wildlife Federation, which are moving to intervene in this action. I am over twenty-one years of age, am competent to give testimony, and have personal knowledge of the facts stated herein.

2.  I have lived in the Victor Valley for over thirty-six years. Use and enjoyment of the river has been a substantial part of my life here. I live only a few miles from the river. My love of the river was almost instantaneous upon moving here with my family. When I first arrived here in the late 1960s, I visited the river with my family during a wet winter season. The gushing, powerful river filled me with a sense of awe and wonder. Over the last thirty plus years, I have visited the river frequently, witnessing it in all of its great and many moods, from when it roars during wet times, to when it is a peaceful, meandering desert river in drier periods.

3.  The river is central to the community here and provides many opportunities for enjoyment, use and learning. For example, Rockview Park is a remote park in Victorville that is

used for environmental education by students and local residents. The Lewis Center, along the river in Apple Valley, CA, is an outstanding science school that provides students with opportunities to learn about nature in the river's dense riparian areas. Mojave Narrows Regional Park in Victorville, CA provides community members countless hiking trails along riparian corridors and lakes for fishing. Recreational fishing also occurs in Hesperia Lake in Hesperia, CA, which is adjacent to the river. Victorville is currently planning a bike and pedestrian trail along the river. Thus, the river is extremely important to the communities in the river basin and an attraction for people who visit the area.

4. The river has personally given me a rich variety of uses and enjoyment over the years. When my children were young, we used to pass hot days at the river, where they would play and swim in the water. Lush areas along the river banks with large cottonwood trees, watercrests and wildflowers provided me shade for sitting and enjoying those afternoons. The river has also been a wonderful place over the years to take my dogs, who could cool down in its flowing waters. While my children have grown, I still regularly walk, camp and hike along the river, which provides me with a sense of peace, quiet, shade, and the opportunity to watch wildlife and flora. I intend to walk, camp and hike along the river for its peace and beauty for years to come.

5. To further my use and enjoyment of the river, I belong to the Mojave Chapter of the California Native Plant Society (CNPS), a statewide non-profit organization of amateurs and professionals with a common interest in California's native plants that works through its local chapters to increase understanding of California's native flora and to preserve this rich resource for future generations. I have served a Treasurer of the Mojave Chapter of CNPS for about two years. As part of my hikes along the river, I often study and observe various plant species that

thrive in the riparian zones of the river. My particular interest is in the many types of wildflowers along the river. Most of these wildflowers would die out if the river did not provide life-giving water to these riparian zones.

6. I also observe wildlife along the river. I am a member of the Mojave Bird Club and frequently enjoy watching birds along the river, such as the rare and endangered Least Bell's Vireo. These species rely on the dense riparian vegetation along the river's edge to breed, feed and find shelter. I often camp along the many miles of the impressive river, including the Afton Canyon, where I have seen bighorn sheep. This canyon, locally referred to as the "Little Grand Canyon," is one of many places along the river where the unique wildlife and beauty of a western desert river can be studied and observed.

7. This picturesque river also inspired my interest in photography and led me to take a photography class several years back. For the class, I took pictures of the unique flowers along the river, and the foliage of riparian trees that glimmered gold as the seasons changed. To this day, I still maintain an amateur interest in photography and take pictures of the river and its wildlife on my hiking and camping excursions along the river.

8. My love and enjoyment of the river has led me to be a local activist for the river's health and protection. I am the Chair of the Executive Committee of Sierra Club's Mojave Group. During the approximately ten years I have served as Chair, I have led efforts to ensure that the river remains healthy for both the people and wildlife that depend on it. I also serve on the Desert Advisory Council for the Desert District of the Bureau of Land Management, where I serve in a citizen advisory role to ensure better management of public desert lands in California.

9. I have seen first hand the changes that development has brought to the river over the years. Development has stressed the water supply in this arid region, with riparian vegetation

and wildlife suffering as the groundwater that supplies the river is depleted and not recharged. I have witnessed the erosion that development has caused that has sullied the river and its tributaries.

10. I am very concerned about the future of the river. The river is already stressed and I am worried that any roll backs of federal protections for the river would lead to a cascade of development that could spell disaster for the river's health. I believe any weakening or elimination of Clean Water Act regulation for activities impacting the Mojave River would increase the amount of pollution in the river and further degrade and destroy habitat. I also believe such increased pressure would overburden the water supply, leaving little to no water for either people or wildlife.

11. Ultimately, degradation of water quality will harm the communities and wildlife that depend on the river. I believe that Clean Water Act protections are essential to preserving this river for future generations and future use by the region's people and wildlife. My use and enjoyment of the Mojave River would be significantly and negatively affected by any weakening or elimination of these protections.

12. I believe that a decision by this court that Clean Water Act regulations continue to protect the Mojave River and its tributaries would redress my injuries and alleviate my concerns.

I declare under penalty of perjury that the foregoing is true and correct. This 16th day of May, 2006.

_Carol A. Wiley_
Carol Wiley