UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN )
CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, INC. )
)
    Plaintiffs, )
)Civil No.:
    v. )05-01579 (RBW)
)
UNITED STATES ARMY CORPS OF ENGINEERS and )
LIEUTENANT GENERAL CARL A. STROCK, COMMANDER )
AND CHIEF OF ENGINEERS, )
)
    Defendants )

### DECLARATION OF THOMAS EGAN

1. I am Thomas Egan, a resident of Helendale, San Bernardino County, California. I am a member of the Mojave Group of the San Gorgonio Chapter of the Sierra Club, which is moving to intervene in this action. I am over twenty-one years of age, am competent to give testimony, and have personal knowledge of the facts stated herein.

2. I am familiar with and have frequently used the waters and tributaries of the Mojave River, one of only two primary water bodies of the Mojave Desert. I currently live on the banks of this river at Helendale, and have lived there for approximately twelve years. I study and recreate in and around the river frequently. I also work as a Senior Ecologist of an international environmental consulting firm, AMEC Earth & Environmental, and my professional pursuits in ecology have given me a heightened interest in and enjoyment of the river. Additionally, I am a member of the Mojave Chapter of the California Native Plant Society, a statewide non-profit organization of amateurs and professionals with a common interest in California's native plants that works through its local chapters, such as the Mojave

Chapter, to increase understanding of California's native flora and to preserve this rich resource for future generations. My interest in native flora associated with the river also increases my use and enjoyment of the river.

3. The Mojave River is a unique, inland directional-flow freshwater riverine body situated adjacent to six rapidly growing cities in the Mojave Desert of southern California. Surface flows on the Mojave River are perennial in the "Upper Narrows" and "Lower Narrows" in Victorville, California; ephemeral flows are present in several downstream portions of its length near Barstow, California, and the river occasionally reaches bank to bank depths along its entire course which terminates at Soda Dry Lake near Baker, California. Subsurface flows on the river recharge watershed aquifers along the entire length of this river, ultimately maintaining a water source for numerous residents living along the Mojave River dependent upon well water.

4. Portions of the Mojave River consist of broad open waters, shallow water marsh habitats, forested banks and riverine systems with perennial flow. Other alternating wet-dry surface portions of the river contribute to bank sand dune formation, necessary for several rare and endemic animal species such as the Mojave Fringed-toed Lizard (*Uma scoparia*). Forested banks of this river provide habitat for the endangered Least Bell's Vireo (*Vireo bellii pusillus*) and Southwestern Willow Flycatcher (*Empidonax traillii extimus*). Slow-moving shallow waters provide habitat for the eastern-most range of the Western Pond Turtle (*Clemmys marmorata*), a U.S. Department of Interior-designated sensitive species. Numerous washes throughout the West Mojave Desert are also tributaries to this river, which serve as arteries that both drain the associated watersheds in high rainfall events and recharge the connected closed-basin water aquifers underlying the length of the river.

5.     I have boated by kayak, botanized and "birded" the waters of the Mojave River numerous times, and I will continue to use the waters of the Mojave River in the future. I have researched the water attributes, riverine physical processes and historical human use occurring on the Mojave River for over fifteen years both personally and professionally, and have published several reports and literature describing this research. I intend to continue these research and writing endeavors.

6.     I have led environmental awareness hikes along the banks of the Mojave River as a civil servant (U.S. Department of Interior, Bureau of Land Management (BLM)). I also previously oversaw a ten-year long habitat improvement program for public lands located near the terminus of the Mojave River at the Camp Cady State Riparian Area Refuge and the Afton Canyon Area of Critical Environmental Concern. This program involved non-native plant and pollutant removal, native plant restoration, aquifer recharge enhancement and public recreation and local school natural science interpretation components. Many of the pollutants and non-native plants addressed in this Mojave River Program originated from upstream and tributary sources of water flow.

7.     While I was employed as Field Office Wildlife Biologist with BLM (1990-2002), I worked with city, state and federal agencies to improve flood control practices influencing the native plant community, wildlife habitats, recreational opportunities and flood control capability on both public and private lands of the Mojave River. This work included the development of a "Watchable Wildlife Viewing Area" at Afton Canyon, locally known as the "Grand Canyon of the Mojave Desert", which was formed by the alternating Mojave River flows. I have also worked in my former capacity as a Federal Wildlife Biologist and Invasive Plant Control Program Lead for the Department of Interior's Bureau of Land Management within the

California Desert Conservation Area with dozens of inner city youth from East Los Angeles and elsewhere in these endeavors, which focused on identifying and improving natural resource conditions with an emphasis on enhancing recreational benefits of this river.

8. As a parent, as well as a member of the California Native Plant Society (CNPS) and Sierra Club (SC), I have led numerous field trips along the Mojave River for the education and pleasure of my children and CNPS/SC members, as well as interested publics and various school groups. Such trips usually have 10-30 participants. CNPS/SC conducts field trips for several purposes. First, CNPS/SC members want to learn about California's Mojave Desert resources, including the collection, observation and enjoyment of aquatic and terrestrial species, the quality of inland desert waters, and the nature of threats to water quality. Furthermore, members want to enjoy the pleasure of being in and on one of the only two Mojave Desert Rivers. A third purpose for these field trips is to give CNPS/SC members information to use to educate the broader public about the important issues facing the health of the river and to provide citizens with the resources to become actively engaged in these issues. Another purpose is specifically to educate our nation's next generation of adults about Mojave Desert resources by conducting field trips for school groups. In all of those trips CNPS/SC and its members educate participants about how they individually can act to make a difference in the protection of Mojave Desert resources, such as the Mojave River.

9. I am very concerned about the impacts of any challenge to the Clean Water Act and its regulations that would weaken or eliminate the scope of jurisdictional waters, particularly as it might affect waters within the Mojave River basin. In my work, I have previously observed that Federal agency implementation of Clean Water Act safeguards over projects that impact the Mojave River and its tributaries benefit local communities by addressing potential health

concerns, community well-being and recreational use impacts. I have also seen the impacts that development has on the river. For instance, fragmenting of habitat caused by development has led to likely declines in the populations of endangered species, such as the Least Bell's Vireo, that breed in wooded riparian habitat along the river. Development has also put strains on the river and supporting aquifers by changing hydrological patterns and creating further needs requiring water consumption.

10. I believe any weakening or elimination of Clean Water Act regulation for activities impacting the Mojave River would exacerbate current development stresses placed on the river and act to increase the amount of polluted runoff and sediment originating proximal to tributary washes and streambeds to the Mojave River. I believe this would lead to the degradation of water quality for communities dependent upon the local aquifer underlying the Mojave River for drinking water and other purposes. I believe such a weakening of federal jurisdiction would also eliminate or drastically reduce locally-rare river-supported plant communities over a lengthy swath of the Mojave Desert, increase invasive weed spread, impede appropriate flood control oversight abilities and severely limit my recreational use opportunities associated with the Mojave River. I also believe such a weakening of federal jurisdiction would cause impacts to several threatened and endangered animal species dependent upon healthy Mojave River habitats, as well as the more common local wildlife who survive only with the presence of healthy Mojave River water influence. My use and enjoyment of the Mojave River would be significantly and negatively affected by such development.

11. I believe that a ruling by this court upholding Clean Water Act regulations that would continue to protect the Mojave River and its tributaries would redress my injuries and alleviate my concerns.

I declare under penalty of perjury that the foregoing is true and correct. This 6th day of May, 2006.

_____
Thomas Egan