UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, INC.

Plaintiffs,

v.

UNITED STATES ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL CARL A. STROCK, COMMANDER AND CHIEF OF ENGINEERS,

Defendants.

Civil No.: 05-01579 (RBW)

**DECLARATION OF ESTELLE DELGADO**

I, Estelle Delgado, declare and state:

1. I am a citizen of the United States and resident of Victorville, in San Bernardino County, California. I am over twenty-one years of age, am competent to give testimony, and have personal knowledge of the facts stated herein.

2. I am currently a member and the Membership Chair of the Mojave Group of the San Gorgonio Chapter of the Sierra Club. I have been a member of the Sierra Club for more than seven years and have served on the Mojave Group's Conservation Committee for approximately six years.

3. Sierra Club is a national non-profit corporation, organized under the laws of California, with approximately 770,000 members and with chapters and groups in every state of nation, including California, and in Canada. Sierra Club nationally is dedicated to exploring, enjoying, and protecting the wild places of the earth; to practicing and promoting the responsible use of the

earth's ecosystems and resources; to educating and enlisting humanity to protect and restore the quality of the natural and human environment; and to using all lawful means to achieve these objectives. Sierra Club is highly concerned with ensuring that Clean Water Act protections are fully extended to all jurisdictional waters. The Mojave Group, with just less than 500 members, is actively engaged in promoting the protection of the natural resources of the area, including protection of the Mojave River and its tributaries and other waters.

4. I have lived in the Mojave River basin for over twenty years. My home is about five miles from the Mojave River and even closer to the Oro Grande Wash, a tributary of the Mojave River.

5. Ever since I have lived in the Mojave River basin, I have frequently used and enjoyed the Mojave River and its tributaries to pursue my love of nature, wildlife and the outdoors. I have hiked, in intervals, the entire length of the Mojave River, and many of its tributaries. Thus, I am intimately familiar with the Mojave River and its basin which, at about 100 miles long plus many additional miles and acres of tributaries, lakes and other waters, is one the largest, highest quality, most ecologically diverse and most historically important desert rivers in the West.

6. The Mojave River and its tributaries provide me with many opportunities to explore and enjoy my love of wildlife and the outdoors. In particular, I have spent countless hours over the years observing birds and other wildlife that depend on and live in the Mojave River basin. For example, I take special pleasure in watching the Least Bell's Vireo (*Vireo bellii pusillus*), a rare bird that breeds along the riparian zone of the river and depends on this habitat for its viability in the Mojave River basin. Another one of my favorite birds to observe is the Southwestern Willow Flycatcher (*Empidonax traillii extimus*), also a rare bird that nests in the habitat in and around the

River. Another bird of particular interest to me, the Yellow-billed Cuckoo (*Coccyzus americanus*), has been identified by song in the basin. This increasingly rare bird has seen its range dwindle due to habitat loss caused by development and overpumping of water that supports riparian and other vegetation. Its success in the basin is dependent on healthy, dense native riparian and other vegetation.

7. To further my interest in the birdwatching, I am a member of the Mojave Desert Bird Club, an organization formed to pursue recreational, educational, or scientific activities relating to birds and wildlife and to promote the preservation of habitats. I have been the Conservation Chair of the Bird Club for about five years.

8. Birdwatching is not the only activity I enjoy in the Mojave River basin. Over the years I have observed Bighorn Sheep, an impressive animal now restricted to a fraction of its former range, that still exists in the basin and comes to the river to drink. I also camp, hike and picnic along the river, which gives me a sense of peace and enjoyment at the wonder of nature. I take special pleasure in observing the wild and diverse desert flowers that depend on the river and its supporting groundwater for life. My expertise and interest in native desert plants has been furthered by my membership for about five years in the California Native Plant Society, a statewide non-profit organization of amateurs and professionals with a common interest in California's native plants that works through its local chapters to increase understanding of California's native flora and to preserve this rich resource for future generations.

9. I also study and enjoy the rich sense of history the river provides. Given that it provides the important resource of water in an arid desert climate, the river is not only a current and an historic corridor for wildlife and bird migration, but it was an historic migration route for some

of the early California settlers from the Frontier days, for Native Americans, Okies who came to California during the Dust Bowl years of the depression, and modern day immigrants. As such, it has a rich historical tradition representing many phases of the westward and northward movements of the peoples that have added to California's rich historical and cultural traditions. To further study these traditions and promote awareness of them, I have been a member of the Mohahve (an historical spelling of Mojave) Historical Society, a not for profit organization whose members research, record, teach and publish the history of the peoples and communities of the Mojave Desert. I have been a member of this society for over ten years.

10. Besides the exceptional quality of the River basin as a natural area, it serves as an important resource for human consumption and life in the basin as well. Given the scarcity of water for drinking and irrigation, the waters in the basin and the groundwater recharged by these waters are vital to the communities and economic life in the area. Groundwater allocation has been a contentious issue in the basin for several years, and the groundwater supply has been overdrafted and stressed since approximately the nineteen-fifties. I have been very active in these water allocation disputes, frequently attending and participating in meetings of the Mojave Water Agency, the water master and the water project manager that controls groundwater allocation pursuant to resolution of previous litigation. I am active in these meetings in large part to ensure that development and water allocation in the region takes place in a manner that does not overstress the natural systems of the river.

11. Like many others, I live in the Mojave River basin because of the natural beauty, the quality of life, and the unique desert river habitat that it offers that is practically unmatched by any water in the nation. However, over recent years, this river and its tributaries have come

under increasing threat from development. Development in the basin's waters disturbs and fragments nesting and other habitat for species like the Least Bell's Vireo and the Southwestern Willow Flycatcher. It also attracts nuisance species, like the brown-headed cowbird that, unlike the Vireo and Flycatcher, thrives as habitat is fragmented by development, and will parasitize Flycatcher and Vireo nests, not allowing them to breed.

Both the Least Bell's Vireo and the Southwestern Willow Flycatcher, like several other species in the basin, are endangered. Both of these birds are threatened by increased development that fragments and destroys habitat in and around the river and attracts nuisance species, like the cowbird. Their numbers in the basin are already very small and more destruction and fragmentation of waters in the basin will only make it more difficult for them to survive in the basin.

12. Development patterns also alter the hydrological regime of the river, reducing groundwater recharge and the river's flow by both increasing impervious cover and placing additional strain on the available water as more water is needed to support development. As a result, many native species, including the flowers I enjoy observing and cottonwoods and willows that grow in riparian areas, have died off or are stressed from lack of water. Not only does this reduce the beauty and diversity of life in the river basin, but vegetation like cottonwood and willow trees provides invaluable breeding and other habitat for wildlife in the river. As trees and riparian vegetation die off or fail to thrive, the birds and other wildlife are also finding it harder to succeed in the basin. I have already, in my frequent walks along the basin, noticed a sad decline in some of the flora and fauna of the region that are special to me. Additionally, as development increases, water disputes and angst amongst the residents of the basin have also

grown, with people finding it harder to get the allocated groundwater resources they rely on.

13. If this basin is not protected by federal law, its destruction and pollution will irreparably harm this fragile and diverse aquatic system and injure my recreational and aesthetic interests in the Mojave River, the Oro Grande Wash, and the other tributaries and waters of this basin. The destruction or degradation of these waters would make me less likely to recreate in the waters of the basin and would diminish the amount and quality of wildlife and flora I enjoy observing in and around these waters. A decision by this Court upholding federal rules that would require that waters in the Mojave River basin receive federal Clean Water Act protections would redress my injuries and alleviate my concerns.

I declare under penalty of perjury that the foregoing is true and correct.

This 5th day of May, 2006.

Estelle Delgado