UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS,<br><br>     Plaintiffs,<br><br>     v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL CARL A. STROCK, COMMANDER AND CHIEF OF ENGINEERS,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil No.: 05-01579 (RBW) |

## MOTION FOR ADMISSION OF JAMES G. MURPHY *PRO HAC VICE*

I, John Kostyack, am a member in good standing of the bar of this Court. My District of Columbia bar number is 415484. I am moving the admission of James G. Murphy to appear *Pro Hac Vice* as counsel for National Wildlife Federation and Sierra Club who are moving to intervene as Defendants in the above-captioned case.

The required declaration of James G. Murphy is attached to this Motion.

This 31st day of May, 2006.

Respectfully submitted,

John Kostyack
D.C. Bar No.: 415484
National Wildlife Federation
1400 16th Street, N.W.
Suite 501
Washington, D.C. 20036
(202) 797-6879
(202) 797-6626 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL CARL A. STROCK, COMMANDER AND CHIEF OF ENGINEERS,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil No.: 05-01579 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION OF JAMES G. MURPHY *PRO HAC VICE***

I, John Kostyack, am a member in good standing of the bar of this Court. My District of Columbia bar number is 415484. I am moving the admission of James G. Murphy to appear *Pro Hac Vice* as counsel for National Wildlife Federation and Sierra Club who are moving to intervene as Defendants in the above-captioned case.

The required declaration of James G. Murphy is attached to this Motion.

This 31st day of May, 2006.

Respectfully submitted,

John Kostyack
D.C. Bar No.: 415484
National Wildlife Federation
1400 16th Street, N.W.
Suite 501
Washington, D.C. 20036
(202) 797-6879
(202) 797-6626 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, )<br><br>　　　Plaintiffs, )<br><br>　　　v. )<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL CARL A. STROCK, COMMANDER ) AND CHIEF OF ENGINEERS, )<br><br>　　　Defendants. ) | ) Civil No.: 05-01579 (RBW) |

**DECLARATION OF JAMES G. MURPHY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, James Graham Murphy, state that:

1. My office address is: National Wildlife Federation, 58 State Street, Montpelier, Vermont 05602; and my telephone number is: (802) 229-0650.

2. I am a member in good standing of the bars of the following State and Federal Courts:

　　　State of Vermont
　　　State of Connecticut
　　　United States Supreme Court
　　　United States Court of Appeals for the Ninth Circuit
　　　United States District Court for the District of Vermont

3. I certify that I am not currently suspended or disbarred in any jurisdiction and there are not, and never have been, any disciplinary matters pending against me.

4. I have not been admitted to practice *pro hac vice* before this Court, or any other Court in the District of Columbia in the past two years.

I declare under penalty of perjury that the foregoing is true and correct.

This _26th_ day of May, 2006.

James G. Murphy
Vermont Bar No.: 000628938
National Wildlife Federation
58 State Street
Montpelier, Vermont 05602
(802) 229-0650
(802) 229-4532 (fax)

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL CARL A. STROCK, COMMANDER AND CHIEF OF ENGINEERS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil No.: 05-01579 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Upon consideration of the foregoing Motion and Declaration for Admission *Pro Hac Vice*,

**IT IS ORDERED THAT**:

Applicant: James G. Murphy who represents Plaintiffs in the above-captioned case

[ ] Be granted admission *Pro Hac Vice* and the Applicant may appear in this matter on behalf of National Wildlife Federation and Sierra Club.

[ ] Be denied admission *Pro Hac Vice* and the Applicant may not appear in this matter on behalf of National Wildlife Federation and Sierra Club.

_____          _____
Date                                               United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Admission of James G. Murphy *Pro Hac Vice* was mailed, postage pre-paid, to the following on the 31st day of May, 2006:

John Andrews Hodges
Eric S. Andreas
WILEY, REIN & FIELDING, LLP
1776 K Street, NW
Washington, DC  20006-2304

Attorneys for Plaintiffs

Kelly A. Johnson
Acting Assistant Attorney General,
Environment and Natural Resources Division
Eileen T. McDonough
U.S. DEPARTMENT OF JUSTICE
ENVIRONMENTAL DEFENSE SECTION
P.O. Box 23986
L'Enfant Plaza Station
Washington, D.C.  20026

Attorneys for Defendants

John Kostyack