UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, INC., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil No.: 05-01579 (RBW) ) |
| UNITED STATES ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL CARL A. STROCK, COMMANDER AND CHIEF OF ENGINEERS, | ) ) ) ) |
| Defendants. | ) ) |

_____)

## SUPPLEMENTAL NOTICE TO MOTION TO INTERVENE AS DEFENDANTS BY NATIONAL WILDLIFE FEDERATION AND SIERRA CLUB

Pursuant to Local Rule 7(m), Movants National Wildlife Federation and Sierra Club ("Movants") hereby notify the court that on July 5, 2006 James Murphy, counsel for Movants, conferred with Eric Andreas, counsel for Plaintiffs P & V Enterprises, Friendly Valley Equestrian Condo View Homes, Inc., and SCC Acquisitions, Inc. about whether Plaintiffs would consent to the intervention by Movants.  As indicated by Plaintiffs' Opposition to Motion to Intervene by the National Wildlife Federation and Sierra Club filed with this Court June 15, 2006 and the telephone conversation between Attorney Murphy and Attorney Andreas, Plaintiffs will not consent to Movants' intervention into this case.

Prior to filing their Motion to Intervene as Defendants on May 31, 2006, Attorney Murphy spoke to Eileen McDonough, counsel for Defendants.  Attorney McDonough indicated to Attorney Murphy that Defendants would not object to intervention by

National Wildlife Federation and Sierra Club in this case.   Movants apologize to the

Court for not consulting with attorneys for Plaintiffs prior to filing their Motion to

Intervene.  However, given Plaintiffs' objection to Movants' Motion to Intervene, this

oversight did not lead to any substantive change in either party's position and was

therefore harmless error.

      Movants also attach a Proposed Order and Certificate Pursuant to Local Rule 7.1.

      DATED:  July 6, 2006.


               Respectfully submitted,


               */s/ John Kostyack* _____
               John Kostyack
               D.C. Bar No.:  415484
               National Wildlife Federation
               1400 16th Street, N.W.
               Suite 501
               Washington, D.C.  20036
               (202) 797-6879
               (202) 797-6626 (fax)


               */s/ James G. Murphy* _____
               James G. Murphy
               Vermont Bar No.: 000628938
               National Wildlife Federation
               58 State Street
               Montpelier, VT 05602
               (802) 229-0650
               (802) 229-4532 (Fax)

               Attorneys for National Wildlife Federation,
               and Sierra Club

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
P & V ENTERPRISES, FRIENDLY VALLEY                  )
EQUESTRIAN CONDO VIEW HOMES, INC.,                  )
and SCC ACQUISITIONS, INC.,                         )
                                                    )
        Plaintiffs,                                 )
                                                    ) Civil No.: 05-01579 (RBW)
        v.                                          )
                                                    )
UNITED STATES ARMY CORPS OF ENGINEERS               )
and LIEUTENANT GENERAL CARL A. STROCK,              )
COMMANDER AND CHIEF OF ENGINEERS,                   )
                                                    )
        Defendants.                                 )
_____)

## PROPOSED ORDER

Upon consideration of the National Wildlife Federation and Sierra Club's Motion

to Intervene, and their Supplemental Notice it is hereby

ORDERED that the motion to intervene is GRANTED.

Executed this ___ day of _____, 2006

                                        _____
                                        Reggie B. Walton
                                        United States District Judge

Names and Addresses of Attorneys Entitled
to Notice Upon Entry (pursuant to Local Rule 7(k))

John Andrews Hodges
Eric S. Andreas
WILEY, REIN & FIELDING, LLP
1776 K Street, NW
Washington, D.C.  20006-2304

Kelly A. Johnson
Acting Assistant Attorney General,
Environment and Natural Resources Division
Eileen T. McDonough
U.S. DEPARTMENT OF JUSTICE
ENVIRONMENTAL DEFENSE SECTION
P.O. Box 23986
L'Enfant Plaza Station
Washington, D.C.  20026

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
P & V ENTERPRISES, FRIENDLY VALLEY          )
EQUESTRIAN CONDO VIEW HOMES, INC.,          )
and SCC ACQUISITIONS, INC.,                 )
                                            )
        Plaintiffs,                         )
                                            ) Civil No.: 05-01579 (RBW)
        v.                                  )
                                            )
UNITED STATES ARMY CORPS OF ENGINEERS       )
and LIEUTENANT GENERAL CARL A. STROCK,      )
COMMANDER AND CHIEF OF ENGINEERS,           )
                                            )
        Defendants.                         )
_____)

## CERTIFICATE PURSUANT LOCAL RULE 7.1

        I, the undersigned, counsel of record for National Wildlife Federation and Sierra

Club, certify that to the best of my knowledge National Wildlife Federation and Sierra

Club are non-profit corporations and have no parent companies, subsidiaries, or affiliates

who have issued shares to the public.  This representation is made so that the judges of

this court may determine their need for recusal.

        DATED: July 6, 2006.


                                        /s/ John Kostyack_____
                                        John Kostyack
                                        Attorney of Record for National
                                        Wildlife Federation and Sierra Club

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Supplemental Notice, Proposed Order, and Certificate Pursuant to Local Rule 7.1 was filed and served by electronic case filing on the 6th day of July, 2006:

John Andrews Hodges
Eric S. Andreas
WILEY, REIN & FIELDING, LLP
1776 K Street, NW
Washington, DC  20006-2304

Attorneys for Plaintiffs


Kelly A. Johnson
Acting Assistant Attorney General,
Environment and Natural Resources Division
Eileen T. McDonough
U.S. DEPARTMENT OF JUSTICE
ENVIRONMENTAL DEFENSE SECTION
P.O. Box 23986
L'Enfant Plaza Station
Washington, D.C.  20026

Attorneys for Defendants

*/s/ John Kostyack*_____
John Kostyack