IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS and LT. GENERAL CARL S. STROCK, COMMANDER AND CHIEF OF ENGINEERS, <br><br>    Defendants. | Case No.: 05-01579 (RBW) |

**MOTION TO DISMISS FIRST AMENDED COMPLAINT**

On July 10, 2006, plaintiffs filed an amended complaint. The amendment adds allegations related to the sale of a portion of the property at issue and adds the new owner as a plaintiff. These changes have no bearing on the jurisdictional defects identified in defendants' pending Motion to Dismiss the Complaint (Oct. 18, 2005) (Dkt. No. 7). Therefore, for the reasons set forth in defendants' pending motion, the first amended complaint should also be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject-matter jurisdiction

                                                 Respectfully submitted,

                                                 SUE ELLEN WOOLDRIDGE
                                                 Assistant Attorney General
                                                 Environment and Natural
                                                  Resources Division

        /s/ Eileen T. McDonough
        EILEEN T. MCDONOUGH
        Environmental Defense Section
        U.S. Department of Justice
        P.O. Box 23986
        Washington, D.C. 20026-3986
        (202) 514-3126
        eileen.mcdonough@usdoj.gov

NICHOLAS J. LANDAU
U.S. Army Corps of Engineers
Office of General Counsel

TIFFANY A. TROXEL
U.S. Army Corps of Engineers
Los Angeles District
Office of District Counsel

July 19, 2006