IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., and SCC ACQUISITIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS and LT. GENERAL CARL S. STROCK, COMMANDER AND CHIEF OF ENGINEERS, <br><br> Defendants. | Case No.: 05-01579 (RBW) |

## ORDER

Upon consideration of defendants' motion pursuant to Fed. R. Civ. P. 12(b)(1) to dismiss the first amended complaint for lack of subject-matter jurisdiction and the memoranda of law in support and in opposition thereto, as well as the memoranda of law in support and in opposition to defendants' motion to dismiss complaint filed on October 18, 2005, it is hereby ordered that the motion is granted. The first amended complaint is dismissed because the claim is barred by sovereign immunity.

Executed this _____ day of _____, 200__.

_____
HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE