IN UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., SCC ACQUISITIONS, INC., and SUNCAL MARTINVILLE LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL CARL A. STROCK, COMMANDER AND CHIEF OF ENGINEERS,<br><br>    Defendants. | Case No. 1:05CV01579 (RBW) |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION
TO DISMISS FIRST AMENDED COMPLAINT**

As recognized by Defendants, Plaintiffs' First Amended Complaint (Dkt. No. 23) does not impact the status or arguments regarding the pending Motion to Dismiss the Complaint (Dkt. No. 7). *See* Motion to Dismiss First Amended Complaint (Dkt. No. 24). As such, for the same reasons stated in Plaintiffs' first Opposition to Defendants' Motion to Dismiss (Dkt. No. 8), Defendants' Motion to Dismiss First Amended Complaint should be denied. A proposed order denying the motion is submitted herewith.

Respectfully submitted,

 /s/ *John A. Hodges*
John A. Hodges (Bar No. 085506)
Eric Andreas (Bar No. 462777)
WILEY REIN & FIELDING LLP
1776 K Street, N.W.
Washington, D.C. 20006
Telephone: 202-719-7000
Facsimile: 202-719-7049


ATTORNEYS FOR PLAINTIFFS
P & V ENTERPRISES, FRIENDLY
VALLEY EQUESTRIAN CONDO VIEW
HOMES, INC., SCC ACQUISITIONS, INC. AND
SUNCAL MARTINVILLE LLC,

July 26, 2006