IN UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., SCC ACQUISITIONS, INC., and SUNCAL MARTINVILLE LLC,

    Plaintiffs,

  v.

UNITED STATES ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL CARL A. STROCK, COMMANDER AND CHIEF OF ENGINEERS,

    Defendants.

Case No. 1:05CV01579 (RBW)

## PROPOSED ORDER

After consideration of the memoranda of law in support and in opposition Defendants' Motion to Dismiss First Amended Complaint for lack of subject-matter jurisdiction, it is hereby ordered that Defendants' motion to dismiss is denied.

Executed this _____ day of _____, 200__.

_____
HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE