IN UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., SCC ACQUISITIONS, INC., and SUNCAL MARTINVILLE LLC,

    Plaintiffs,

  v.

UNITED STATES ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL CARL A. STROCK, COMMANDER AND CHIEF OF ENGINEERS,

    Defendants.

Case No. 1:05CV01579 (RBW)

**NOTICE OF CONSENT**

In accordance with Federal Rule of Civil Procedure 15(a), Plaintiffs P&V Enterprises, Friendly Valley Equestrian Condo View Homes, Inc., SCC Acquisitions, Inc., and Suncal Martinville LLC hereby file with the Court its Second Amended Complaint with consent from Defendants United States Army Corps of Engineers and Lieutenant General Carl A Strock, Commander and Chief of Engineers.

Whereas Plaintiffs' Second Amended Complaint is substantively the same as the First Amended Complaint, the parties agree that the Second Amended Complaint does not affect the Defendants' pending motion to dismiss. As such, the parties stipulate that their positions on the pending motion to dismiss are preserved and that Defendants are not required to file a renewed motion to dismiss the Second Amended Complaint.

Agreed this 12th day of September, 2006:

| For Plaintiffs: | For Defendants: |
|---|---|
| */s/ John A. Hodges* | SUE ELLEN WOOLRIDGE |
| JOHN A. HODGES (Bar No. 085506) | Assistant Attorney General |
| ERIC ANDREAS (Bar No. 462777) | Environment and Natural |
| Wiley Rein & Fielding LLP | Resources Division |
| 1776 K Street, N.W. | |
| Washington, D.C. 20006 | */s/ Eileen T. McDonough* |
| Telephone: 202-719-7000 | EILEEN T. MCDONOUGH |
| Facsimile: 202-719-7049 | Environmental Defense Section |
| | U.S. Department of Justice |
| | P.O. Box 23986 |
| | Washington, D.C. 20026-3986 |
| | December 23, 2005 (202) 514-3126 |