UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P&V ENTERPRISES, et al., | ) ) ) |
| Plaintiffs, | ) ) Civil Action No. 05-1579 (RBW) |
| v. | ) ) |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) ) ) |
| Defendants. | ) ) |

## **ORDER**

In accordance with the Memorandum Opinion that accompanies this Order, it is hereby

**ORDERED** that the defendants' motion to dismiss the plaintiffs' second amended complaint is GRANTED. It is further

**ORDERED** that the plaintiffs' second amended complaint is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED** this 19th day of December, 2006.

REGGIE B. WALTON
United States District Judge