IN UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., SCC ACQUISITIONS, INC., and SUNCAL MARTINVILLE LLC,

    Plaintiffs,

  v.

UNITED STATES ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL CARL A. STROCK, COMMANDER AND CHIEF OF ENGINEERS,

    Defendants.

Case No. 1:05CV01579 (RBW)

**NOTICE OF APPEAL**

Notice is hereby given that all Plaintiffs in the above-captioned action hereby appeal to the United States Court of Appeals for the District of Columbia from the December 19, 2006 Order entered by this Court granting Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint as being barred by the six-year limitations period of 28 U.S.C. § 2401(a).

    Respectfully submitted,

    /s/ John A. Hodges

    John A. Hodges (Bar No. 085506)
    Eric Andreas (Bar No. 462777)
    WILEY REIN & FIELDING LLP
    1776 K Street, N.W.
    Washington, D.C. 20006
    Telephone: 202-719-7000
    Facsimile: 202-719-7049

                                              Attorneys for Plaintiffs
                                              P & V ENTERPRISES, FRIENDLY
                                              VALLEY EQUESTRIAN CONDO VIEW
                                              HOMES, INC., SCC ACQUISITIONS, INC., AND
                                              SUNCAL MARTINVILLE LLC

January 10, 2007

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing NOTICE OF APPEAL was filed by Electronic Case Filing this 10th day of January 2007.

                                              /s/ Eric Andreas