IN UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & V ENTERPRISES, FRIENDLY VALLEY EQUESTRIAN CONDO VIEW HOMES, INC., SCC ACQUISITIONS, INC., and SUNCAL MARTINVILLE LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL CARL A. STROCK, COMMANDER AND CHIEF OF ENGINEERS,<br><br>　　　　　Defendants. | Case No. 1:05CV01579 (RBW) |

## NOTICE OF LAW FIRM NAME CHANGE

Please take note that on February 1, 2007, the law firm of John Hodges and Eric Andreas, counsel for Plaintiffs in the above-captioned case, changed from Wiley Rein & Fielding LLP to Wiley Rein LLP. Likewise, the email addresses for Mr. Hodges and Mr. Andreas are now JHodges@wileyrein.com and EAndreas@wileyrein.com. All other contact information remains unchanged.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Eric Andreas

　　　　　　　　　　　　　　　　　　　John A. Hodges (Bar No. 085506)
　　　　　　　　　　　　　　　　　　　Eric Andreas (Bar No. 462777)
　　　　　　　　　　　　　　　　　　　WILEY REIN LLP
　　　　　　　　　　　　　　　　　　　1776 K Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　Telephone: 202-719-7000
　　　　　　　　　　　　　　　　　　　Facsimile: 202-719-7049
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　P & V ENTERPRISES, FRIENDLY
　　　　　　　　　　　　　　　　　　　VALLEY EQUESTRIAN CONDO VIEW
　　　　　　　　　　　　　　　　　　　HOMES, INC., SCC ACQUISITIONS, INC., AND
　　　　　　　　　　　　　　　　　　　SUNCAL MARTINVILLE LLC

February 8, 2007