# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5060**             **September Term, 2007**

P & V ENTERPRISES, ET AL.,
         APPELLANTS

v.

U.S. ARMY CORPS OF ENGINEERS, ET AL.,
         APPELLEES



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED FEB 19 2008

CLERK

---

Appeal from the United States District Court
for the District of Columbia
(No. 05cv01579)

---

Before: ROGERS and GARLAND, *Circuit Judges*, and WILLIAMS, *Senior Circuit Judge*.

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*

Michael C. McGrail
Deputy Clerk

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 4/7/08
BY: *[signature]*
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

Date: February 19, 2008

Opinion for the court filed by Circuit Judge Rogers.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: *[signature]* Deputy Clerk